UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

C.S., BY HER PARENT, K.S., ET AL.,            24-cv-7600 (JGK)

        Plaintiffs,                ORDER

    - against -

NEW YORK CITY PUBLIC SCHOOLS, ET AL.,

        Defendants.

---

**JOHN G. KOELTL**, District Judge:

    Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendants to answer was **October 31, 2024**. To date, no answers have been filed.

    The time for the defendants to answer or respond to the complaint is extended to **November 14, 2024**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

    The plaintiff should serve a copy of this Order on the defendants and file proof of service on the docket by **November 11, 2024**.

SO ORDERED.

Dated:    New York, New York
          November 5, 2024

                                                John G. Koeltl
                                        United States District Judge