```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

C.S., BY HER PARENT, K.S., ET AL.,

                Plaintiffs,

    - against -

NEW YORK CITY PUBLIC SCHOOLS, ET AL.,

                Defendants.

24-cv-7600 (JGK)

ORDER

------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a joint proposal regarding any amended complaint or motion to dismiss by **Friday, December 20, 2024**.

SO ORDERED.

Dated:    New York, New York
           December 18, 2024

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                             United States District Judge