UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
C.S.,

                          Plaintiff(s)                                         24 civ 7600 (JGK)

          -against-

NEW YORK CITY PUBLIC SCHOOLS,
                          Defendant(s).
-------------------------------------------------------------X

## ORDER

The conference scheduled for Monday, January 27, 2025, at 12:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          January 21, 2025