```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────

C.S., BY HER PARENT, K.S., ET AL.,

            Plaintiffs,

    - against -

NEW YORK CITY PUBLIC SCHOOLS, ET AL.,

            Defendants.

24-cv-7600 (JGK)

ORDER

───────────────────────────────

JOHN G. KOELTL, District Judge:

    Discovery is stayed in this action pending the Court's decision on the defendants' anticipated motion to dismiss.

SO ORDERED.

Dated:    New York, New York
           February 13, 2025

                                    John G. Koeltl
                             United States District Judge