UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
C.S., by her parent, K.S.; M.T., by her parent, N.T.; H.B., by his
parent V.B.; C.I.R., by her parent, C.R.;                   24-CV-07600 (JGK)(SN)

on behalf of themselves and all other similarly situated,

                               Plaintiffs,            **NOTICE OF MOTION TO**
                                                  **DISMISS THE AMENDED**
              -against-                 **COMPLAINT PURSUANT**
                                                **TO FED. R. CIV. P. 12(b)(1)**
NEW YORK CITY PUBLIC SCHOOLS, and MELISSA       **and (6)**
AVILES-RAMOS, as Chancellor of New York City Public
Schools

                               Defendants.

-------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Kendra Elise

Riddleberger, dated February 14, 2025 and the Memorandum of Law in Support of their Motion

to Dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (6) and upon all prior

pleadings and proceedings had herein, Defendants by their attorney, Muriel Goode-Trufant,

Corporation Counsel of the City of New York, will move this Court before the Honorable John G.

Koeltl of the United States District Court for the Southern District of New York, located at 500

Pearl Street, New York, New York 10007, on a date and at a time to be designated by the Court,

for an Order to dismiss the Amended Complaint and granting the Defendants such other and further

relief as the Court deems just and proper.

Dated:   New York, New York
         February 14, 2025

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street
New York, New York  10007
(212) 356-4377


By:    _/s/ Kendra Elise Riddleberger_
       Kendra Elise Riddleberger
       Assistant Corporation Counsel