UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

C.S., by her parent, K.S., et al.,

                              **Plaintiffs,**

       -against-

NEW YORK CITY PUBLIC SCHOOLS, et al.,

                              **Defendants.**

------------------------------------------------------------X

24-CV-07600 (JGK)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

       On February 13, 2025, the Honorable John G. Koeltl assigned this matter to my docket for settlement. By February 25, 2025, the parties are directed to email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    February 18, 2025
              New York, New York