**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
C.S., BY HER PARENT, K.S., ET AL.,

                      Plaintiffs,

   -against-                                     24 **CIVIL** 7600 (JGK)

                                                **JUDGMENT**

NEW YORK CITY PUBLIC SCHOOLS, ET AL.,

                      Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 4, 2025, the defendants' motion to dismiss is granted. Judgment entered dismissing this case without prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

       September 5, 2025

                                                   **TAMMI M. HELLWIG**
                                                   **Clerk of Court**

                     **BY:**

                                                   **Deputy Clerk**