1:24-cv-07600-JGK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/2026

**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of July, two thousand twenty-six,

C. S., by her parent, K.S. on behalf of themselves and all others similarly situated, M. T., by her parent, N.T. on behalf of themselves and all others similarly situated, C. I. R., by her parent, C.R. on behalf of themselves and all others similarly situated, H. B., by his parent, V.B. on behalf of themselves and all others similarly situated,

Plaintiff - Appellants,

v.

New York City Public Schools, Melissa Aviles-Ramos, as Chancellor of New York City Public Schools,

Defendants - Appellees.

**ORDER**
Docket No. 25-2286

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/17/2026